```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 37865
   NYDIA G PASCUAL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3703

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/16/2005 and was confirmed 02/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY         8509.23           .00        8509.23
AMERITECH TELEPHONE .    UNSECURED       NOT FILED          .00            .00
CAPITAL ONE              UNSECURED        1887.14           .00        1887.14
CBC INC                  NOTICE ONLY     NOT FILED          .00            .00
FIRST USA *              UNSECURED       NOT FILED          .00            .00
FREEDMAN ANSELMO LINBERG NOTICE ONLY     NOT FILED          .00            .00
HARRIS TRUST & SAVINGS   UNSECURED        26164.95          .00       26164.95
JC PENNEY                UNSECURED       NOT FILED          .00            .00
KOHLS                    UNSECURED       NOT FILED          .00            .00
MONTGOMERY WARD          UNSECURED       NOT FILED          .00            .00
RETAILERS NATIONAL BANK  UNSECURED       NOT FILED          .00            .00
TOYOTA MOTOR CREDIT CORP UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE UNSECURED          792.35          .00         792.35
OAK PARK LEGAL CLINIC    DEBTOR ATTY      1,694.00                     1,694.00
TOM VAUGHN               TRUSTEE                                       2,299.77
DEBTOR REFUND            REFUND                                        1,018.34

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               42,365.78

PRIORITY                                      8,509.23
SECURED                                            .00
UNSECURED                                    28,844.44
ADMINISTRATIVE                                1,694.00
TRUSTEE COMPENSATION                          2,299.77
DEBTOR REFUND                                 1,018.34
                      ---------------       ---------------
TOTALS                42,365.78              42,365.78
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 37865 NYDIA G PASCUAL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE